**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

First United Methodist Church
Of Andalusia, Alabama
406 East Three Notch St.
Andalusia, AL 36420

2:06 CV867-WKW

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Reesa Daughtrey*      ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
Reesa Daughtrey

C. Date of Delivery
10-4-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7006 0100 0001 9279 7230

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540