IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GUIDEONE SPECIALTY MUTUAL INSURANCE COMPANY, | ) ) ) | |
| PLAINTIFF, | ) ) ) | |
| v. | ) ) | CASE NO. 2:06-cv-867-WKW |
| FIRST UNITED METHODIST CHURCH OF ANDALUSIA, ALABAMA, INCO, INC., SPECIAL TOUCH RESTORATION, INC., | ) ) ) ) ) | |
| DEFENDANTS. | ) | |
| | | |
| FIRST UNITED METHODIST CHURCH OF ANDALUSIA, | ) ) ) | |
| COUNTERCLAIM PLAINTIFF, | ) ) ) | |
| v. | ) ) | |
| GUIDEONE SPECIALTY MUTUAL INSURANCE COMPANY | ) ) ) | |
| COUNTERCLAIM DEFENDANT | ) ) | |

**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to FRCP 7.1, Defendant/Counterclaim Plaintiff, First United Methodist Church of Andalusia submits the following information as to parent companies, subsidiaries (except wholly-owned subsidiaries) and affiliates that have issued shares to the public.

    1.     There is no parent company of this Defendant/Counterclaim Plaintiff.

    2.     There are no subsidiaries of this Defendant/Counterclaim Plaintiff.

Respectfully submitted,

    s/ Harry P. Hall, II
Harry P. Hall, II (HAL053)
Attorney for First United Methodist
Church of Andalusia

OF COUNSEL:

Farmer, Price, Hornsby & Weatherford, L.L.P.
P.O. Drawer 2228
Dothan, Alabama 36302
(334) 793-2424
(334) 793-6624-Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 19th day of October, 2006 served a copy of the foregoing upon the following individual(s) by ECM or U.S. mail, properly addressed and postage prepaid.

Christopher J. Hughes, Esquire
Samford & Denson, LLP
P.O. Box 2345
Opelika, Alabama  36803-2345

Jack B. Weaver, Esquire
36 West Clairborne Street
Monroeville, Alabama

INCO, Inc.
25299 Canal Road
Suite A2
Orange Beach, Alabama

    s/Harry P. Hall, II
Of Counsel

2