IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GUIDEONE SPECIALTY MUTUAL INSURANCE COMPANY, | * * | |
| PLAINTIFF, | * * | CASE NO. 2:06-CV-867-WKW |
| v. | * * | |
| FIRST UNITED METHODIST CHURCH OF ANDALUSIA, ALABAMA, INCO. INC., SPECIAL TOUCH RESTORATION, INC., | * * * * | |
| DEFENDANTS. | * | |
| | | |
| FIRST UNITED METHODIST CHURCH OF ANDALUSIA, ALABAMA, INCO. COUNTERCLAIM PLAINTIFF, | * * * * * | |
| v. | * * | |
| GUIDEONE SPECIALTY MUTUAL INSURANCE COMPANY, COUNTERCLAIM DEFENDANT. | * * * * | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to FRCP 7.1, Defendant, Special Touch Restoration, Inc. submits the following information as to parent companies, subsidiaries (except wholly-owned subsidiaries) and affiliates that have issued shares to the public.

1. There is no parent company of this Defendant.

2. There are no subsidiaries of this Defendant.

Respectfully submitted,

s/ Jack B. Weaver_____
Jack B. Weaver
WEAVJ5970

Weaver & King, P.C.
36 West Claiborne Street
Monroeville, Alabama
Phone:  251-575-3434
Fax:    251-575-3003
E-mail:jackbweaver@yahoo.com

Attorneys for Defendant Special Touch Restoration, Inc.

## CERTIFICATE OF SERVICE

  I hereby certify that I have filed the foregoing upon the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Christopher J. Hughes
    Samford & Denson, LLP
    Post Office Box 2345
    Opelika, Alabama 36803

    Harry P. Hall, II
    Farmer, Price, Hornsby & Weatherford, L.L.P.
    Post Office Drawer 2228
    Dothan, Alabama 36302

And I hereby certify that I have mailed by U.S. Mail the document to the following non-CM/ECF participants:

    INCO, Inc.
    25299 Canal Road
    Ste. A2
    Orange Beach, Al 36561-5814

On the 20th day of October, 2006.

            s/ Jack B. Weaver
            Jack B. Weaver