IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GUIDEONE SPECIALY MUTUAL INSURANCE COMPANY, | * * * | |
| PLAINTIFFS, | * * | Case No.: 2:06-cv-867-WKW |
| V. | * * | |
| FIRST UNITED METHODIST CHURCH OF ANDALUSIA, ALABAMA, INCO, INC., SPECIAL TOUCH RESTORATION, INC., | * * * * * | |
| DEFENDANTS. | * | |

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW the undersigned parties, by and through counsel and pursuant to Rule 41(a)(1)(ii), Fed.R.Civ.P., stipulate to the dismissal, without prejudice, of Special Touch Restoration, Inc. as a party in the above styled cause.

Respectfully submitted this 27th day of November, 2006.

*/s/ Christopher J. Hughes*_____
Christopher J. Hughes (HUGHC2886)
Attorney for GuideOne Specialty Mutual Insurance Company

OF COUNSEL:
**SAMFORD & DENSON, LLP**
P.O. Box 2345
Opelika, AL  36803-2345

*/s/ Jack B. Weaver*_____
Jack B. Weaver
Attorney for Special Touch Restoration, Inc.

OF COUNSEL:
36 West Claiborne Street
Monroeville, AL 36460

                              */s/ Harry Hall* _____
                              Harry Hall
                              Attorney for First United Methodist Church of Alabama

<u>OF COUNSEL:</u>
100 Adris Place
Dothan, AL 36303

                              _____
                              Inco, Inc.

16788 Perdido Key Drive
Pensacola, FL 32507