IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GUIDEONE SPECIALTY MUTUAL INSURANCE COMPANY, ) ) ) | |
| PLAINTIFF, ) ) | |
| v. ) ) | CASE NO. 2:06-cv-867-WKW |
| FIRST UNITED METHODIST CHURCH ) OF ANDALUSIA, ALABAMA, INCO, ) INC., SPECIAL TOUCH ) RESTORATION, INC., ) ) | |
| DEFENDANTS. ) | |

| | |
|---|---|
| FIRST UNITED METHODIST CHURCH ) OF ANDALUSIA, ) ) | |
| COUNTERCLAIM ) PLAINTIFF, ) ) | |
| v. ) ) | |
| GUIDEONE SPECIALTY MUTUAL ) INSURANCE COMPANY ) ) | |
| COUNTERCLAIM ) DEFENDANT ) | |

**REPORT OF PARTIES' PLANNING MEETING**

    1.    Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on January 8, 2007 via telephone and was attended by:

        a.    Harry P. Hall, II, Attorney for First United Methodist Church of Andalusia (Hereinafter "FUMC"); and

      b.      Christopher Hughes, Attorney for GuideOne Specialty Mutual Insurance Company (Hereinafter "GuideOne")

2. **Pre-Discovery Disclosures**. The parties will exchange the information required by Rule 26 (a)(1) by January 29, 2007.

3. **Discovery Plan**. The parties jointly propose to the Court the following discovery plan:

      a.      Discovery will be sought on the following subjects; all allegations in GuideOne's Complaint and all allegations pled in FUMC's Answer and Counter-Claim.

      b.      All discovery will be commenced in time to be completed by September 28, 2007 with the exception of the deposition of Defendant's retained experts under paragraph (e) below;

      c.      Maximum of 40 Interrogatories allowed by each party to each other party. Maximum of 20 requests for Admissions allowed by each party to each other party. Responses are due thirty (30) days from the date of the requests.

      d.      Maximum of ten (10) depositions by each party and limited to a maximum of four (4) hours for non-parties and eight (8) hours for parties; These limitations can be extended by the court on motion of any party for good cause shown or by agreement of the parties.

      e.      Reports from retained experts under Rule 26(a)(2) due:

            i.      From GuideOne by July 2, 2007; GuideOne's experts to be available for deposition by July 20, 2007.

            ii.     From FUMC by August 1, 2007; and Defendant's experts to be available for deposition by August 20, 2007.

      f.      Supplementation under Rule 26(e) as provided by the Federal Rules of Civil Procedure shall take place as soon as possible and in no event later than September 14, 2007.

4. **Other Items**.

   a. A scheduling conference will be set by the Court, if it so chooses.

   b. The parties request the court set the deadline for amending pleadings as July 31, 2007.

   c. All potentially dispositive Motions should be filed by September 10, 2007 (see 4(h) below);

   d. Settlement is being evaluated; The parties agree to mediate this case prior to August 30, 2007.

   e. The parties request a final pretrial conference in the week of November 12, 2007.

   f. Final lists of trial evidence, witness lists and deposition designations under Rule 26(a)(3) shall be filed and served as follows: by GuideOne on or before November 1, 2007 and by FUMC on or before November 12, 2007. The parties will be allowed two weeks to complete depositions of any previously undisclosed witnesses whose identity is disclosed pursuant to this paragraph. The parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a) Federal Rules of Civil Procedure.

   g. The Parties believe this case should be ready for trial by December 2007. The Parties request the court set the case for trial in its December 2007 jury term. Trial is currently expected to take approximately five days.

   h. The Parties would request permission to deviate from the Court's usual timeline concerning Dispositive Motions in order to have this case prepared for this Court's December 10th trial term.

Respectfully submitted this the 10th day of January, 2006.

   s/Harry P. Hall, II
Attorney for First United Methodist Church of Andalusia
Harry P. Hall, II (HAL053)
P.O. Drawer 2228
Dothan, Alabama 36302

   s/ Christopher Hughes
Attorneys for GuideOne Specialty Mutual Insurance Company
Chris Hughes
Samford & Denson, LLP
P.O. Box 2345
Opelika, Alabama  36803-2345