IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GUIDEONE SPECIALY MUTUAL INSURANCE COMPANY, | * * * |
| PLAINTIFFS, | * Case No.: 2:06-cv-867-WKW *  |
| V. | * * |
| FIRST UNITED METHODIST CHURCH OF ANDALUSIA, ALABAMA, INCO, INC., SPECIAL TOUCH RESTORATION,   INC., | * * * * * |
| DEFENDANTS. | * |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties, by and through counsel of record, and pursuant to Rule 41(a)(1)(ii), Fed.R.Civ.P. stipulate that this matter be dismissed with prejudice.

DONE this the 26th day of June, 2007.

_____
Christopher J. Hughes
Attorney for Plaintiff/Counter Defendant
GuideOne Specialty Mutual Insurance
Company

OF COUNSEL:
SAMFORD & DENSON, LLP
P.O. Box 2345
Opelika, AL 36803

_____
Harry Hall
Attorney for Defendant/Counter Plaintiff
First United Methodist Church of Andalusia,
Alabama

OF COUNSEL:
100 Adris Place
Dothan, AL 36303

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GUIDEONE SPECIALY MUTUAL<br>INSURANCE COMPANY, | * * * | |
| PLAINTIFFS, | * * | Case No.: 2:06-cv-867-WKW |
| V. | * * | |
| FIRST UNITED METHODIST<br>CHURCH OF ANDALUSIA,<br>ALABAMA, INCO, INC., SPECIAL<br>TOUCH RESTORATION, INC., | * * * * * | |
| DEFENDANTS. | * | |

## ORDER

It is hereby ORDERED AND DECREED that the foregoing Stipulation of Dismissal be hereby granted and the foregoing cause of action is dismissed with prejudice.

DONE this the _____ day of _____, 2007.

_____
U.S. District Judge

cc:   Harry Hall
      Christopher J. Hughes